AO 93 (Rev. 12/09) Search and Seizure Warrant



# UNITED STATES DISTRICT COURT

for the

District of New Mexico

FILED
UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

19 JUL -3 AM 9: 49

CLERK-ALBUQUERQUE

| In the Matter of the Search of | ) |
|---|---|
| *(Briefly describe the property to be searched or identify the person by name and address)* | ) Case No. 19mr776 |
| Marcel SMALL<br>Date of Birth: XX/XX/1990<br>SSN: XXX-XX-7553 | ) |

## SEARCH AND SEIZURE WARRANT

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the _____ District of ____New Mexico____
*(identify the person or describe the property to be searched and give its location)*:

The person known as Marcel SMALL, Date of Birth: XX/XX/1990, SSN: XXX-XX-7553

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:

Fingerprints; to wit; major case prints from Marcel SMALL, which would be material evidence in a criminal prosecution.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before ____July 12, 2019____
*(not to exceed 14 days)*

☑ in the daytime  6:00 a.m. to 10 p.m.     ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge
____Kirtan Khalsa____
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*  ☐ for _____ days *(not to exceed 30)*.
                                        ☐ until, the facts justifying, the later specific date of _____.

Date and time issued:  ____July 1, 2019   1:26 p.m.____     ____Kirtan Khalsa____
                                                                                    *Judge's signature*

City and state:   ____Albuquerque, New Mexico____     Kirtan Khalsa U.S. Magistrate Judge
                                                                                    *Printed name and title*

AO 93  (Rev. 12/09) Search and Seizure Warrant (Page 2)

| | | |
|---|---|---|
| **Return** | | |

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 19-932 JP | 7/3/19   0940 | Marcel Small |

Inventory made in the presence of :
J. Sullivan

Inventory of the property taken and name of any person(s) seized:

Major case prints from Marcel Small

| |
|---|
| **Certification** |

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 7/3/19

_____
Executing officer's signature

Kacy Ramos, ATF, TFO
Printed name and title